UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PROGRESSIVE MOUNTAIN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) CV423-177<br>) |
| WALKER TOWLING, LLC d/b/a JASPER TOWING, LLC, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

The parties have submitted a joint Rule 26(f) Report. Doc. 42. However, this case was recently reassigned from the Honorable William T. Moore Jr. to the Honorable Lisa Godbey Wood. *See* doc. 37 at 3. Judge Wood's preferred Rule 26(f) Report form requires parties to agree to additional discovery and pre-trial deadlines and to comply with instructions not found in Judge Moore's preferred form. The parties are

therefore **DIRECTED** to confer and file a Rule 26(f) Report utilizing Judge Wood's preferred form.[1]

The parties' Report of the Rule 26(f) Planning Meeting is **TERMINATED**. Doc. 42. The parties are **DIRECTED** to file a Rule 26(f) Report, using Judge Wood's preferred form, no later than November 13, 2023.

**SO ORDERED**, this 6th day of November, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Judge Wood's Rule 26(f) Report form can be located at the Court's website www.gasd.uscourts/gov under "Forms" > "Civil Forms."