# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| PROGRESSIVE MOUNTAIN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CV423-177 |
| WALKER TOWING, LLC d/b/a JASPER TOWING, LLC, *et al.*, | ) ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

The parties have requested a settlement conference with the undersigned.  *See* doc. 46 at 3-4.  The Court will schedule a settlement conference in this matter for February 13, 2024.  In the interim, the Court hereby sets a pre-mediation scheduling conference via video-teleconference (TEAMS) for December 20, 2023 at 2:00 PM.  The parties will be contacted by email with login instructions.  All parties are required to attend.

Plaintiff is **DIRECTED** to inform *all* counsel and parties involved in *all* underlying cases of the December 20th pre-mediation conference.

This includes Defendants Matthew Lewis and Breanna Holmes, who are in default.  *See* doc. 51 at 2-3.  Plaintiff is further **DIRECTED** to provide contact information for Defendants Lewis and Holmes and their respective counsel to the undersigned's courtroom deputy clerk via email at molly_davenport@gas.uscourts.gov by December 14, 2023.

**SO ORDERED**, this 11th day of December, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA